IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION   *E-FILED - 11/29/07*

| | |
|---|---|
| **STEVEN ROY SCHRIVER,** | C 00-20839-RMW |
| Petitioner, | **[] ORDER GRANTING RESPONDENT'S EX PARTE APPLICATION FOR ENLARGEMENT OF TIME TO FILE SUPPLEMENTAL BRIEF** |
| **v.** | |
| **CAL TERHUNE,** | |
| Respondent. | |

FOR GOOD CAUSE SHOWN, the request for enlargement of time is granted, and respondent's supplemental brief shall be served and filed by December 29, 2007.

Dated: 11/29/07

_Ronald M. Whyte_
RONALD M. WHYTE
United States District Judge