*E-FILED - 9/30/09*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| **STEVEN ROY SCHRIVER,**<br><br>                                    Petitioner,<br><br>         v.<br><br>**CAL TERHUNE,**<br><br>                                    Respondent. | C 00-20839 RMW<br><br>**[] ORDER GRANTING RESPONDENT'S** *EX PARTE* **APPLICATION FOR ENLARGEMENT OF TIME TO FILE ANSWER TO ORDER TO SHOW CAUSE** |

FOR GOOD CAUSE SHOWN, the time for the serving and filing of the responsive pleading in this case is extended to and including December 10, 2008.  Petitioner filed a traverse on January 9, 2009 which is also received as timely.

Dated: __9/30/09_____

_____
RONALD M. WHYTE
United States District Court Judge

1